Richard L. Francis, Esq. (SBN 70884)
Charles W. Oaks (SBN 174587)
LAW OFFICES OF FRANCIS & ASSOCIATES
711 South AA@ Street
Heritage Square
Oxnard, CA 93030
(805) 486-5898
Fax: (805) 486-2242
e:mail: rlf@lawrlf.com

Attorneys for Debtor

United States Bankruptcy Court
Central District of California
Northern Division

| | |
|---|---|
| In Re: Yolanda Simental<br><br>　　　　　Debtor | Bankruptcy Case No. 9:11-bk-10234<br><br>Chapter 13<br><br>STIPULATION RE: HSBC BANK OF NEVADA, N.A. SECURED CLAIM<br><br><u>CONFIRMATION HEARING:</u><br>DATE: 04/01/2011<br>TIME: 10:00<br>CTRM: 201 |

TO ALL PARTIES OF INTEREST,

PLEASE TAKE NOTICE THAT Secured Creditor HSBC BANK NEVADA, NA ("HSBC") and Yolanda Simental by and through their attorneys of record, hereby stipulate as follows:

　　　1. The parties hereto agree that HSBC shall be allowed the following secured valuation under the above-captioned case: $650.00, which represents the replacement value to Debtor of the 47" Toshiba television, 32" Dynex Television, and a Bissel Little Green Machine which is the collateral for HSBC's secured position and which remains in the possession of the Debtor.

　　　2. Parties agree to interlineate at the confirmation hearing that the secured claim of HSBC will be reduced to $650.00. That amount will be paid through the plan at 0% interest. The plan

payments will be increased by $10.83 per month for 60 months or whatever is needed to pay the new secured amount to ensure that the same conform with the terms set forth herein.

3. HSBC herby agrees to amend its Proof of Claim to conform with the terms set forth herein.

4. This stipulation may be executed in counterparts, and facsimile signatures shall be deemed originals.

IT IS SO STIPULATED:

Dated: 3/25/11

Charles W. Oaks, Esq
Attorney for Debtor

Dated: 3/23/11

Authorized Representative for
Secured Creditor,
HSBC BANK OF NEVADA, NA